**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1355**

In re:  VINCENT SHAMONT ROGERS,

                    Petitioner.

On Petition for Writ of Mandamus.  (7:08-cr-00216-MGL-2)

Submitted:  May 23, 2013                    Decided:  May 28, 2013

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Vincent Shamont Rogers, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Shamont Rogers petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion for a new trial. He seeks an order from this court directing the district court to act. We find that the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED